Lafayette Trust Company, Respondent, v. William M. Laws, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Gaynor, Burr and Miller, JJ., concurred.

Mary E. Lassell, Respondent, v. W. Johnson Quinn, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Gaynor and Miller, JJ., concurred.

Lawrence Brothers, Incorporated, Appellant, v. New York Realty Owners, Respondent, Impleaded with Norman B. Downs and Others.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ., concurred.

Julia A. Linton, Respondent, v. Charles L. Wanke, Appellant.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ., concurred.

Amanda Lissner and Aaron Streicher, Appellants, v. The Mayor, Aldermen and Commonalty of the City of New York and the City of New York, Respondents. — Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ., concurred.

Margaret M. Mahoney, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks and Miller, JJ., concurred; Rich, J., voted to reduce the recovery to the sum of $25,000.

Michael Maier, Respondent, v. Julius Schaumberger, Appellant.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that there is no evidence to support it. Woodward, Jenks, Gaynor, Burr and Miller, JJ., concurred.

Lillian S. Marter, as Administratrix, etc., of Clarence B. Marter, Deceased, Respondent, v. Cambridge Art Pottery Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Gaynor, Burr and Miller, JJ., concurred.

Morris C. Mengis, Appellant, v. William F. Connor and Lee Shubert, Respondents.— Judgment and order affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Burr and Miller, JJ., concurred.

Lily Miles, Respondent, v. The Cleveland, Cincinnati, Chicago and St. Louis Railway Company, Appellant.— Judgment and order unanimously affirmed. with costs. No opinion. Present — Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ.

Gwilym Miles, Respondent, v. The Cleveland, Cincinnati, Chicago and St.